NATIONAL COMPRESS COMPANY v. R. L. HAMLIN.

Application No. 13762.    Decided February 18, 1925.

(269 S. W., 1024).

L. B. PRICE MERCANTILE COMPANY v. MAGGIE MOORE.

Application No. 13772.    Decided February 18, 1925.

SAMUEL ALEXANDER v. GERTRUDE ALEXANDER.

Application No. 13827.    Decided February 18, 1925.